The order of the Commonwealth Court is affirmed.

Justices BAER, TODD, DONOHUE, DOUGHERTY and WECHT join the opinion.

Former Justice EAKIN did not participate in the consideration or decision of this case.

■

**Jeffrey E. PERELMAN, and Jep Management, Inc., as Equitable Subrogee of Jeffrey E. Perelman**

**v.**

of cases is that the maintenance of a reasonability test—in furtherance of the accordance of deference to a coordinate branch of government within its own core arena of law-

Raymond G. PERELMAN; Dilworth Paxson, LLP: Joseph Jacovini; Lawrence McMichael; Marjorie Obod; Ronald Perelman; Haines & Associates; Clifford E. Haines; Buckley, Brion, McGuire, Morris & Sommer LLP; Andrew C. Eckert; Sigmund Fleck; Gunster, Yoakley & Stewart, P.A.; and George S. Lemieux.

Petition of Dilworth Paxson LLP, Joseph Jacovini, Lawrence McMichael and Marjorie Obod.

Supreme Court of Pennsylvania.

June 22, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2016, the Petition for Allowance of Appeal and Application for Leave to File Reply Brief are **DENIED.**

Justices DONOHUE and WECHT did not participate in the consideration or decision of this matter.